**Exhibit A**

Table of Last-Observed Infringements by Defendants of New Sensations Inc's Copyright in the Motion Picture "Dirty Little Schoolgirl Stories 3," Copyright Reg. No. in process. Copyright Application Service Request No. 1-714753921 filed on 2012-01-23.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.115.53 | 2012-03-20 20:03:44 -0400 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 2 | 108.20.175.133 | 2012-02-05 21:07:57 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 3 | 108.20.175.210 | 2012-03-01 14:37:15 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 4 | 108.20.28.120 | 2012-02-14 02:59:49 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 5 | 108.20.34.227 | 2012-03-13 15:13:45 -0400 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 6 | 108.49.145.181 | 2012-02-06 11:08:48 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 7 | 108.49.32.164 | 2012-02-05 17:04:35 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 8 | 108.7.207.81 | 2012-02-15 17:57:54 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 9 | 108.7.38.86 | 2012-02-16 22:50:32 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 10 | 173.48.129.12 | 2012-02-18 16:42:03 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 11 | 173.48.186.242 | 2012-02-04 21:14:54 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 12 | 173.76.161.83 | 2012-02-13 05:05:37 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 13 | 173.76.203.53 | 2012-02-29 15:09:27 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 14 | 173.76.35.51 | 2012-02-06 22:51:06 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 15 | 24.147.178.33 | 2012-02-12 16:44:04 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 16 | 24.177.32.223 | 2012-02-01 13:44:45 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 17 | 24.2.176.224 | 2012-02-04 19:27:34 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 18 | 24.218.17.16 | 2012-02-27 00:48:26 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 19 | 24.218.17.29 | 2012-03-07 18:19:48 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 20 | 24.218.241.192 | 2012-02-21 09:52:48 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 21 | 24.34.141.252 | 2012-03-06 22:33:05 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 22 | 24.34.167.54 | 2012-02-01 12:15:39 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 23 | 24.34.220.203 | 2012-02-05 00:19:57 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 24 | 24.34.42.143 | 2012-02-07 06:26:39 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 25 | 24.34.81.234 | 2012-02-07 19:47:01 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 26 | 24.60.153.197 | 2012-02-15 22:19:53 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 27 | 24.61.131.184 | 2012-02-29 15:48:51 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |

| Doe 28 | 24.61.175.198 | 2012-02-08 22:33:16 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
|---|---|---|---|---|---|
| Doe 29 | 24.62.104.204 | 2012-02-23 13:25:55 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 30 | 24.62.40.60 | 2012-03-16 23:14:13 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 31 | 24.91.31.211 | 2012-03-03 21:23:53 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 32 | 24.91.75.4 | 2012-02-10 13:10:14 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 33 | 50.138.132.184 | 2012-02-02 14:17:55 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 34 | 65.96.153.201 | 2012-02-11 16:51:05 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 35 | 65.96.165.116 | 2012-02-01 04:23:39 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 36 | 65.96.217.41 | 2012-03-05 11:02:12 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 37 | 65.96.8.95 | 2012-02-07 17:52:26 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 38 | 65.96.93.197 | 2012-02-10 15:36:45 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 39 | 66.30.253.160 | 2012-03-13 21:08:27 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 40 | 66.30.46.250 | 2012-02-19 11:03:19 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 41 | 66.31.30.28 | 2012-02-06 09:43:19 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 42 | 67.186.133.199 | 2012-02-07 21:15:52 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 43 | 67.248.34.182 | 2012-02-04 02:38:09 -0500 | Road Runner | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 44 | 67.248.34.40 | 2012-02-08 02:59:24 -0500 | Road Runner | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 45 | 71.184.204.217 | 2012-02-25 14:45:38 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 46 | 71.192.162.76 | 2012-02-19 23:07:52 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 47 | 71.192.234.246 | 2012-03-20 17:37:02 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 48 | 71.192.51.229 | 2012-02-24 22:23:33 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 49 | 71.232.117.75 | 2012-03-08 21:34:45 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 50 | 71.248.175.170 | 2012-03-26 02:59:56 -0400 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 51 | 71.88.104.244 | 2012-03-01 14:56:52 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 52 | 72.70.45.140 | 2012-02-05 10:58:03 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 53 | 72.70.61.67 | 2012-02-24 02:59:45 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 54 | 72.93.110.247 | 2012-03-20 21:51:58 -0400 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 55 | 72.93.116.147 | 2012-02-06 17:53:45 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 56 | 72.93.213.161 | 2012-02-01 21:32:32 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 57 | 72.93.95.23 | 2012-03-19 12:09:53 -0400 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 58 | 74.76.16.109 | 2012-02-01 12:15:56 -0500 | Road Runner | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 59 | 75.67.29.113 | 2012-03-14 16:58:05 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 60 | 75.67.66.8 | 2012-02-12 17:11:48 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 61 | 75.67.73.122 | 2012-03-24 00:04:49 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 62 | 75.69.206.183 | 2012-02-11 09:30:47 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 63 | 76.19.26.27 | 2012-03-01 23:17:40 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |

| Doe 64 | 76.19.29.191 | 2012-03-26 05:46:21 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| --- | --- | --- | --- | --- | --- |
| Doe 65 | 76.19.44.197 | 2012-02-21 15:30:54 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 66 | 76.24.147.111 | 2012-02-16 12:14:57 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 67 | 76.24.223.230 | 2012-02-12 10:21:40 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 68 | 76.24.89.56 | 2012-03-14 14:58:53 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 69 | 96.233.39.155 | 2012-02-12 02:54:55 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 70 | 96.233.54.72 | 2012-02-07 20:03:08 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 71 | 96.233.54.86 | 2012-02-29 02:59:49 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 72 | 96.237.249.79 | 2012-02-14 21:14:46 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 73 | 96.252.50.138 | 2012-02-13 22:20:57 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 74 | 96.252.89.127 | 2012-02-05 14:47:29 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 75 | 96.32.243.185 | 2012-02-21 16:18:32 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 76 | 98.118.103.16 | 2012-02-07 05:51:17 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 77 | 98.118.86.3 | 2012-02-15 17:24:41 -0500 | Verizon Internet Services | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 78 | 98.216.112.71 | 2012-02-08 17:12:54 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 79 | 98.217.188.188 | 2012-02-05 11:04:48 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 80 | 98.217.205.23 | 2012-03-11 17:04:28 -0400 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 81 | 98.217.74.196 | 2012-02-27 09:08:29 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 82 | 98.229.178.197 | 2012-03-08 02:59:59 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |
| Doe 83 | 98.229.36.197 | 2012-02-22 02:41:22 -0500 | Comcast Cable | BitTorrent | 022aab5cffdc7d012751cbb0f0c62f2dbec29a83 |