## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NEW SENSATIONS, INC.**, *Plaintiff*, v. **DOES 1 – 83**, *Defendants*. | CIVIL ACTION No.:  1:12-cv-10944 **Dismissal with Prejudice of Specific Doe** |

Plaintiff reached a settlement with the respective Doe Defendant listed in the following table:

| Doe Number | IP Address | Time Stamp (EST) |
|---|---|---|
| Doe 20 | 24.218.241.192 | 2012-02-21 09:52:48 -0500 |

Plaintiff dismisses *with* prejudice the specific Defendant listed above from the above-identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on June 22, 2012,

                                        FOR THE PLAINTIFF:

*/s/ Marvin Cable*

Marvin Cable, Esq.
BBO#: 680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*
Marvin Cable, Esq.