AO 458 (Rev. 10/95 - Rev. D, MA 2/07)  Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

New Sensations, Inc
v.
Does 1-83

**APPEARANCE**

Filed
2012 JUL -2 P 2:18

Case Number: 1:12-cv-10944

NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Doe 38

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [ ] Retained
- [ ] Pro Bono

Date: 6/30/12

Signature: [signed]

Print Name: George Paul van Duinwyk, ESQ., MTA    Bar Number: 646464

Address: 386 High St

City: Fall River   State: MA   Zip Code: 02720

Phone Number: 508 672 4477   Fax Number: 508 672-9699

dutch511@verizon.net

# GEORGE PAUL VAN DUINWYK, ESQ., MFA
## ATTORNEY AT LAW

FILED
OFFICE

2012 JUL -2 P 1:59

United States District
1 Court House Way
Boston, MA 02110
ATTN: Justice Gorton's Ckerk

June 29, 2012

Dear Sir or Madam;

    Enclosed is my appearance for the matter of *New Sensations, Inc. v. Does 1-83*, docket 1: 12-CV-10944. Please take the appropriate action.

Yours truly,

George P. van Duinwyk