## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEW SENSATIONS, INC.,

*Plaintiff,*

v.

DOES 1 – 83,

*Defendants.*

CIVIL ACTION No.:  1:12-cv-10944

**Dismissal without Prejudice of Specific Doe**

### 1. dismissal

Plaintiff dismisses *without* prejudice Doe 13, with the IP address 173.76.203.52, from the above identified action.

Respectfully submitted on September 17, 2012,

FOR THE PLAINTIFF:

Marvin Cable, Esq.
BBO#:  680968
LAW OFFICES OF MARVIN CABLE
mountebankP.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

Marvin Cable, Esq.