UNITED STATES DISTRICT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
2012 SEP 28 P 2: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

NEW SENSATIONS, INC.
PLAINTIFF

CA. 1:12-CV-10944

V.

DOES 1 – 80
DEFENDANTS

### MOTION FOR SANCTIONS UNDER FEDERAL RULES OF CIVIL PROCEDURE, RULE 11 (C) (2)

Now comes the Defendant, John Doe 64, in the above-cited matter and prays that this Honorable Court award costs for the failure of Plaintiff, New Sensations, Inc. from attending scheduled motion hearings on at 10:30am, on September 13, 2012 at the U.S. District Court (Massachusetts), Marianne Bowler, Justice, presiding.

As reasons therefore, John Doe 64 was in attendance for his Motion to Dismiss/Quash. Defendant further notes that Plaintiff's counsel could not be located causing the hearing to be rescheduled.

A reconciliation of costs and affidavit are attached as exhibits 1 and 2.

Respectfully submitted,
James Dore, AKA Doe 64

James Dore
97 Cedar St. Apt. 2
Haverhill MA, 01830

FILED
IN CLERKS OFFICE
2012 SEP 28 P 2: 21
U.S. DISTRICT COURT
DISTRICT OF MASS



## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, the foregoing document will be served via first-class mail.

_____          Date: 9/25/12
James Dore