UNITED STATES DISTRICT FOR
THE DISTRICT OF MASSACHUSETTS

NEW SENSATIONS, INC.  
    PLAINTIFF

CA. 1:12-CV-10944

V.

DOES 1 – 80  
    DEFENDANTS

### AFFIDAVIT OF DOE 64

1. My name James Dore;
2. On September 13, 2012, I attended a motion hearing on the Quashing of Plaintiff's Subpoena;
3. I was fully prepared to argue in opposition to Plaintiff's Subpoena;
4. The court was called to order at 10:30am by the clerk;
5. The Magistrate Judge announced that Plaintiff could not be reached;
6. The Magistrate Judge announced that another date would be needed for argument on Plaintiff's motion;
7. October 25, 2012 at 10:00am was chosen and the court was in recess.

Signed under the pains and penalties of perjury.

_____  Date: 0/25/12
James Dore AKA Doe 64