UNITED STATES DISTRICT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2012 SEP 28 P 2: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEW SENSATIONS, INC.
    PLAINTIFF

CA. 1:12-CV-10944

V.

DOES 1 – 80
    DEFENDANTS

## MOTION FOR FEES AND COSTS

Now comes the Plaintiff in the above-cited matter and moves this Honorable court to access costs for the scheduling of a Motion to Compel Discovery:

| | |
|---|---|
| Preparation of Motion And Preparation for hearing (including PACER costs) | 650.00 |
| Court appearance | 200.00 |
| Travel and parking | 51.00 |
| | **$901.00** |

Respectfully submitted,
The Defendant,

_____
James Dore
97 Cedar St. Apt. 2
Haverhill MA
01830

Date: 9/25/12