# LAW OFFICES OF GEROGE PAUL VAN DUINWYK
**386 High Street**
**Fall River, MA 02720**
**508-672-4477**
**dutch511@verizon.net**

Hon. Judge F. Dennis Saylor, IV
United States District court—Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

RE:   New Sensations, Inc. v. Does 1-83
      Case 1:12-cv-10944

Dear Judge Saylor:

   This office is writing to bring to this Court's attention of the recent decision by Baer, Jr., J, (attached hereto) in the case of *Media Products, Inc. v. John Does 1-26,* 12-cv-03719 (S.D.N.Y., September, 4, 2012).  I wish to take this opportunity to notify the Court,  and to join my colleague, Christopher M. Hennessey, Esquire,  that Defendant 38 will rely on this case in support of its argument set forth in Doe 38's Motion to Quash Subpoena or in the alternative for Protective Order.

   The decision in the above cited case bears directly on the issues before this Court. Accordingly, Doe 38 notifies this Court that it intends rely on  *Media Products, Inc. v. John Does 1-26* on its matter that is now before this Honorable Court.

   Very respectively yours,
   /s/
   George Paul van Duinwyk

Enclosure