# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NEW SENSATIONS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 12-10944-FDS |
| ) | |
| **DOES 1 - 83,** ) | |
| ) | |
| Defendants. ) | |

## ORDER ON COUNTERCLAIM OF DOE #64

**SAYLOR, J.**

In its memorandum and order of November 2, 2012, this Court severed and dismissed plaintiff's claims against all of the "Doe" defendants except those against "Doe #1." The copyright infringement claims against Doe #64 were severed and dismissed without prejudice pursuant to that order. Prior to that order, Doe #64 had filed a counterclaim against plaintiff New Sensations, Inc. The Court had supplemental jurisdiction over that counterclaim under 28 U.S.C. §1367(a). Under §1367(c)(3), the Court "may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . [the Court] has dismissed all claims over which it has original jurisdiction." As noted, the Court has dismissed all of plaintiff's claims against Doe #64, which were the original claims providing the jurisdictional basis for Doe #64's counterclaims. Pursuant to §1367(c)(3), the Court will exercise its discretion and decline to exercise jurisdiction over Doe #64's counterclaim.

Accordingly, Doe #64's counterclaim and all related motions pending before this Court are hereby DISMISSED without prejudice to the filing of an individual cause of action.

**So Ordered.**

                                                                /s/ F. Dennis Saylor  
                                                                F. Dennis Saylor IV  
                                                                 United States District Judge

Dated: December 12, 2012