**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEW SENSATIONS, INC.,**      ) | |
|            **Plaintiff,**      ) | |
|                                ) | **CIVIL ACTION** |
|            **v.**              ) | |
|                                ) | **NO. 12-10944-FDS** |
| **DOES 1 - 83,**               ) | |
|            **Defendants.**     ) | |

## ORDER OF DISMISSAL

**Saylor, D. J.**

Pursuant to the Court's Order issued on December 12, 2012, dismissing without prejudice Doe # 64's counterclaim; the Court's Memorandum and Order issued on November 02, 2012, severing and dismissing the claims against defendants Does 2 - 83; and plaintiff's Notice of Voluntary Dismissal filed on September 20, 2012, dismissing "Doe 1" with prejudice, it is hereby ORDERED that the above-entitled action be dismissed.

                                So Ordered.

                                F. DENNIS SAYLOR, IV
                                UNITED STATES DISTRICT JUDGE

                                By the Court:
**December 12, 2012**           **/s/ Pietro Cicolini**
**Date**                        **Deputy Clerk**